# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|

| **United States of America**<br>v.<br>**Fabian Ramon Sierra**<br>DOB: xx/xx/1997<br>United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br><br>19-04371MJ |
|---|---|

### Complaint for violation of Title 18 United States Code § 924(a)(1)(A)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about January 28, 2019, at or near Tucson, in the District of Arizona, Fabian Ramon Sierra knowingly made a false statement and representation to Second Amendment Sports, licensed under the provisions of Chapter 44, Title 18, United States Code, with respect to information required by the provisions of Chapter 44, Title 18, United States Code, to be kept in the records of Second Amendment Sports; in that Fabian Ramon Sierra, in connection with the purchase of firearms, that is, one Glock model 26 9mm pistol and one Fabrique National Herstal model Five Seven 5.7 caliber pistol, stated that his current residence address was 3007 W. Gina Place, Arizona, when in fact that was not his current residence address; in violation of Title 18, United States Code, Section 924(a)(1)(A).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On January 28, 2019, Fabian Ramon Sierra purchased two firearms – one Glock model 26 9mm pistol and one Fabrique National Herstal model Five Seven 5.7 caliber pistol – from Second Amendment Sports, a federally licensed firearms dealer in Tucson, Arizona. In completing ATF Form 4473, required to be kept in the records of Second Amendment Sports in connection with the purchase of the firearms, Sierra stated that his current residence address was 3007 W. Gina Place, Tucson, Arizona. Sierra also signed the form, certifying all the information he provided therein was true, correct, and complete. On February 20, 2019, law enforcement agents interviewed Sierra's father, who resides at 3007 W. Gina Place. Sierra's father told the agents that Sierra did not live at that address, and has not lived there for approximately four years.

MATERIAL WITNESS(ES) IN RELATION TO THE CHARGE: N/A

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br><br>REVIEWED by AUSA Angela W. Woolridge | SIGNATURE OF COMPLAINANT |
|---|---|
| Sworn to before me and subscribed in my presence. | OFFICIAL TITLE<br>ATF Special Agent |

| SIGNATURE OF MAGISTRATE JUDGE[1]<br><br>BERNARDO P. VELASCO | DATE<br>March 22, 2019 |
|---|---|

1) See Federal rules of Criminal Procedure Rules 3 and 54

COPIES DISTRIBUTED

Criminns(2) AUSA PTS FPD(Appt Attorney)